```
                        United States Bankruptcy Court
                         Southern District of Florida
In re:                                                       Case No. 20-12317-AJC
Lazaro Blanco                                                Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 113C-1           User: admin              Page 1 of 1            Date Rcvd: Jul 17, 2020
                               Form ID: 318             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Lazaro Blanco,    9715 Fontainebleau Blvd, #201,    Miami, FL 33172-6701
95582625       +Acima Credit Fka Simpl,    9815 S Monroe St Fl 4,    Sandy, UT 84070-4384
95582626       +Bank of America, N.A.,    P.O. Box 15796,   Wilmington, DE 19886-5796
95582630       +First Fed Credit & Col,    3440 Hollywood Blvd,    Hollywood, FL 33021-6933
95582631       +First Federal Credit C,    24700 Chagrin Blvd,    Cleveland, OH 44122-5662
95582634       +JMG Specialty Physicians,    Po Box 864740,    Orlando, FL 32886-4740
95582632       +Jackson Health System,    PO Box 864735,    Orlando, FL 32886-4735
95582633        Jackson Memorial Hospital,    PO Box 864735,    Orlando, FL 32886-4735
95582635       +Kay Jewelers/genesis,    Po Box 4485,   Beaverton, OR 97076-4485
95582636       +Lake Equipment Leasing, Inc.,    64 Main Street, Second Floor,    Millburn, NJ 07041-1306
95582637       +One Advantage, LLC,    7789 NW 48th Street, Suite 330,    Miami, FL 33166-5458
95582640       +Saldutti Law Group,    Robert L Saldutti, Esq.,    800 N Kings HIghway, Ste 300,
                 Cherry Hill, NJ 08034-1511
95582642       +University of Miami Health System,    PO Box 741199,    Atlanta, GA 30374-1199
95582643        Wakefield & Associates,    10800 E Bethany Drsuite,    Aurora, CO 80014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: FLDEPREV.COM Jul 18 2020 07:38:00      Florida Department of Revenue,    POB 6668,
                 Tallahassee, FL   32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jul 18 2020 05:50:58      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,   Miami, FL 33130-1614
cr             +EDI: RMSC.COM Jul 18 2020 07:38:00      Synchrony Bank,    PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
95582627       +EDI: CAPITALONE.COM Jul 18 2020 07:38:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
95582628       +EDI: CAPITALONE.COM Jul 18 2020 07:38:00      Capital One Bank,    PO BOX 60599,
                 City of Industry, CA 91716-0599
95582629       +EDI: DCI.COM Jul 18 2020 07:38:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
95582638       +E-mail/Text: bankruptcynotices@pollackrosen.com Jul 18 2020 05:47:08      Pollack & Rosen,
                 806 S. Douglas Road,    South Tower Ste 450,    Miami, FL 33134-3157
95582639       +E-mail/Text: bankruptcy@pefcu.com Jul 18 2020 05:52:59      Publix Employees Fed C,
                 P O Box 1000,    Lakeland, FL 33802-1000
95582641       +EDI: RMSC.COM Jul 18 2020 07:38:00      Syncb/netwrk,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
95582644       +EDI: WFFC.COM Jul 18 2020 07:38:00      Wells Fargo Bank Auto,    Po Box 29704,
                 Phoenix, AZ 85038-9704
95582645       +EDI: WFFC.COM Jul 18 2020 07:38:00      Wf Crd Svc,    Po Box 14517,   Des Moines, IA 50306-3517
95582646       +E-mail/Text: bankruptcy@wofco.com Jul 18 2020 05:48:35      World Omni Financial,    Po Box 91614,
                 Mobile, AL 36691-1614
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
              Marcia T Dunn    mdunn@dunnlawpa.com,
               acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo Corona, Esq.    on behalf of Debtor Lazaro  Blanco bk@coronapa.com,   rcorona@coronapa.com
                                                                                              TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lazaro Blanco** | Social Security number or ITIN **xxx–xx–2266** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** | | |
| Case number:  **20–12317–AJC** | | |

# Order of Discharge                                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Lazaro Blanco**

July 17, 2020

**By the court:** _A. Jay Cristol_

A. Jay Cristol
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**